**OPT-IN CONSENT FORM**
Justin Chartier v. MasTec, Inc., Case. No. _____

Complete and return to:    Harold L. Lichten, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Fax: (617) 994-5801
egreen@llrlaw.com

Name: _Justin Chartier_____

Address: ██████████_____

City_____State_█_____Zip__█_____

Telephone: _____████████_____

E-Mail: ___████████_____

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.    I have been employed as technician for MasTec. I consent and agree to pursue my claims for unpaid wages in connection with the above-referenced lawsuit arising out my employment.

2.    I was employed as a technician for MasTec from approximately _Nov/14_____ to _02/18_____ (dates). During the time, there have been weeks where I did not earn the minimum wage required by law and/or when I was not paid all overtime wages due under the law.

3.    During the time that I was employed as a technician for MasTec, I was dispatched out of a warehouse located in ___East Hartford, CT_____ (city, state).

4.    I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action. I hereby designate the law firm of Lichten & Liss-Riordan, P.C. to represent me for all purposes in this action.

6.    I also designate the named plaintiff(s) in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: ___[signature]_____    Date: ___09/18/18_____